26cr107 JWB/SGE

## UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1201(a)(1) |
| | 18 U.S.C. § 1201(g)(1) |
| v. | 18 U.S.C. § 2251(a) |
| | 18 U.S.C. § 2251(e) |
| JOSEPH ANDREW BRAGG, | 18 U.S.C. § 2252(a)(4)(B) |
| | 18 U.S.C. § 2423(a) |
| Defendant. | 18 U.S.C. § 2423(f) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Production of Child Pornography)

On or about June 18, 2020, in the State and District of Minnesota, the defendant,

## JOSEPH ANDREW BRAGG,

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim A to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellphone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| June 18, 2020 | A video file approximately 1.96 seconds in duration depicting Minor Victim A engaged in a sexual act. |

all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

SCANNED
MAY 2 7 2026
U.S. DISTRICT COURT MPLS

United States v. Joseph Andrew Bragg

## COUNT 2
(Production of Child Pornography)

On or about June 18, 2020, in the State and District of Minnesota, the defendant,

**JOSEPH ANDREW BRAGG,**

attempted to and did knowingly employ, use, persuade, induce, entice, and coerce Minor Victim A to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing or having reason to know that such visual depictions would be produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellphone, to wit:

| DATE | DESCRIPTION OF COMPUTER FILE |
|---|---|
| June  18, 2020 | An image file depicting Minor Victim A engaged in a sexual act. |

all in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 3
(Possession of Child Pornography)

Between on or about January 21, 2026, and on or about January 22, 2026, in the State and District of Minnesota, the defendant,

**JOSEPH ANDREW BRAGG,**

did knowingly possess one or more matters that contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate commerce, by any means, including by internet, where the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct

2

United States v. Joseph Andrew Bragg

and such visual depictions were of such conduct, including, but not limited to, the following enumerated video files:

| File Name Ending In: | Descriptions |
| --- | --- |
| 6a77d2.mov | A video depicting Minor Victim A engaging in sexually explicit conduct. |
| 6ce03776.jpg | A photo depicting Minor Victim A engaging in sexually explicit conduct. |

all in violation of Title 18, United States Code, Sections 2252(a)(4)(B).

## COUNT 4
(Kidnapping of a Minor)

Between on or about January 21, 2026, and on or about January 22, 2026, in the State and District of Minnesota, the defendant,

### JOSEPH ANDREW BRAGG,

willfully and unlawfully seized, confined, inveigled, decoyed, kidnapped, abducted, and caried away Minor Victim B, an individual who had not attained the age of eighteen years, and otherwise held Minor Victim B for his own benefit and purpose, and, in committing and in furtherance of the commission of the offense, used and caused to be used a means, facility, and instrumentality of interstate and foreign commerce (i.e., a cellphone, automobiles, a commercial rideshare service, and interstate highways), and the defendant was over the age of eighteen and was not a family member and legal custodian of Minor Victim B, all in violation of Title 18, United States Code, Sections 1201(a)(1) and 1201(g)(1).

3

United States v. Joseph Andrew Bragg

## COUNT 5
(Attempted Transportation of a Minor)

Between on or about January 21, 2026, and on or about January 22, 2026, in the State and District of Minnesota, the defendant,

**JOSEPH ANDREW BRAGG,**

attempted to transport Minor Victim B, an individual who had not attained the age of 18 years, in interstate commerce, from the state of Minnesota to the state of Arkansas, with the intent that such individual engage in sexual activity for which any person can be charged with a criminal offense under Arkansas Code Annotated §§ 5-14-103(a)(3)(A) and 5-14-103(c), all in violation of Title 18, United States Code, Sections 2423(a) and 2423(f).

## FORFEITURE ALLEGATIONS

Counts 1 through 5 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 981, 2253(a) and 2428.

If convicted of any of Counts 1, 2, or 3 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

(1)  any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such

4

United States v. Joseph Andrew Bragg

visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

(2)    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(3)    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

The property subject to forfeiture includes but is not limited to an Apple iPhone 11 Pro Max with Serial No. H0DHX003N70M.

If convicted of any of Counts 4 or 5 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

If convicted of Count 5 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2428 any property, real or personal, that was used or intended to be used to commit or to facilitate a violation of Title 18, United States Code, Section 2423 and any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such violation.

5

United States v. Joseph Andrew Bragg

If the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461.

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY          FOREPERSON

6